**United States District Court**
**Southern District of New York**

===========================x

UNITED STATES OF AMERICA :

V.  :

 :  23MJ7234

 :  **ORDER**

CLEVON MCKENZIE :

 :

 :

===========================x

It is ordered that this case be unsealed.

Dated: White Plains, New York
       November 17, 2023

SO ORDERED.

*[signature]*

_____
ANDREW E. KRAUSE
United States Magistrate Judge